STATE v. BATES

No. 569P00

Case below: 140 N.C. App. 743

Motion by the Attorney General for temporary stay allowed 22 December 2000 pending determination of petition for discretionary review. Petition by the Attorney General for writ of supersedeas denied 1 February 2001. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Temporary stay dissolved 1 February 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. BOWENS

No. 519P00

Case below: 140 N.C. App. 217

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001. Justice Edmunds recused.

STATE v. BOYD

No. 34P01

Case below: 141 N.C. App. 350

Motion by the Attorney General for temporary stay allowed 18 January 2001.

STATE v. BROWN

No. 539P00

Case below: 140 N.C. App. 604

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001. Justice Edmunds recused.